■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RIGOBERTO PACHECO, Appellant. [762 NYS2d 259] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 30, 1998 (*People v Pacheco,* 255 AD2d 606 [1998]), affirming a judgment of the Supreme Court, Queens County, rendered March 18, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, Florio and Krausman, JJ., concur.